# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORTUNE FASHIONS INDUSTRIES LLC, a California limited liability company,<br><br>           Plaintiff,<br><br>     v.<br><br>SUNRISE TECHNOLOGIES, INC., a North Carolina corporation; MICROSOFT CORPORATION, a Washington corporation; JOHN PENCE, an individual; CEM ITEM, an individual; and DOES 1 through 100, inclusive,<br><br>           Defendants. | Case No.: CV07-5948-JFW (AJWx)<br><br>**PROTECTIVE ORDER REGARDING CONFIDENTIAL INFORMATION**<br><br><br><br>Judge:          Hon. John F. Walter<br>Courtroom:   16<br><br>Pretrial Conference: June 26, 2009<br>Trial Date: July 14, 2009 |

The parties have submitted a Stipulation for Entry of a Protective Order Regarding Confidential Information ("Stipulation").  Having considered the Stipulation, and good cause appearing, the Court hereby GRANTS the parties' request for entry of a protective order.

**IT IS SO ORDERED.**

Dated: 2/23/2009

_____
The Honorable Andrew J. Wistrich
UNITED STATES MAGISTRATE JUDGE