JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORTUNE FASHIONS INDUSTRIES LLC, <br><br>  Plaintiff, <br><br>  v. <br><br> SUNRISE TECHNOLOGIES, INC.; MICROSOFT CORPORATION; JOHN PENCE; and CEM ITEM, <br><br>  Defendants. | Case No. **CV 07-5948-JFW (AJWx)** <br><br> **JUDGMENT** |

   WHEREAS, the Court granted Defendant Microsoft Corporation's motion for summary judgment based on its determination that there was no genuine issue as to any material fact and that Microsoft Corporation was entitled to judgment as a matter of law on all claims for relief alleged against it,

   WHEREAS, Plaintiff Fortune Fashions Industries LLC and Defendants Sunrise Technologies, Inc., John Pence, and Cem Item (collectively, the "Sunrise Defendants") entered into a settlement agreement which provides for the dismissal of this action with prejudice as to the Sunrise Defendants;

    IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED, that judgment is entered in this action as follows:

    1.   Fortune Fashions Industries LLC shall recover nothing from Microsoft Corporation;

    2.   Microsoft Corporation shall have judgment in its favor on Fortune Fashions Industries LLC's entire action; and

    3.   Microsoft Corporation shall recover from Fortune Fashions Industries LLC its costs of suit in the sum of $_____.

    The Clerk is ordered to enter this Judgment.

Dated: August 27, 2009          _____
                                        JOHN F. WALTER
                                 UNITED STATES DISTRICT JUDGE